APRIL 10, 1951

*Kachurin Drug Co.* v. *United States* (No. 4658).—Medicinal preparation (Sulfichton). Appeal from C. D. 1246.

JUNE 5, 1951

*United States* v. *Geo. Wm. Rueff, Inc.* (No. 4678).—Commingled goods. Appeal from C. D. 1301.

SEPTEMBER 28, 1951

*United States* v. *Racine Woolen Manufacturing Co.* (No. 4697).—Remission of additional duties. Appeal from Abstract 55670.

OCTOBER 4, 1951

*United States* v. *Walter Strassburger & Co. Inc. et al.* (No. 4689).—Woven silk fabrics. Appeal from C. D. 1326.

DECEMBER 6, 1951

*United States* v. *Coughlin Manufacturing Co.* (No. 4715).—Cellophane in sheets. Appeal from C. D. 1345.

DECEMBER 14, 1951

*United States* v. *Gillette Safety Razor Co.* (No. 4716).—Cellophane in sheets. Appeal from C. D. 1346.

JANUARY 18, 1952

*Henry Wedemeyer* v. *United States* (No. 4714).—Cigarette lighters. Appeal from Reap. Dec. 8051.

MARCH 25, 1952

*United States* v. *The Midwest Waste Material Co. et al.* (No. 4728).—Jute (colored fabric). Appeal from C. D. 1382.

*The Midwest Waste Material Co. et al.* v. *United States* (No. 4729).—Jute waste. Appeal from C. D. 1382.